# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:07CR00769 ERW |
| ) | |
| JOSEPH A. KUCHAR, ) | |
| ) | |
| Defendant. ) | |

## ORDER RELATING TO SUPERVISED RELEASE

This matter comes before the Court on pro se request of Defendant Joseph A. Kuchar for early termination of supervised release [doc. #32]. The Court finds that Defendant has completed only thirteen months of a four-year term of Supervised Release and Defendant's request will be denied at this time.

**IT IS HEREBY ORDERED** that Pro Se Request for Early Termination of Supervised Release [doc. #32] is **DENIED**.

So Ordered this 25th Day of June, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE